

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2019

No. 04-18-00733-CR

Martin **BALLEZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12645
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On May 13, 2019, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). On June 17, 2019, appellant filed a pro se motion requesting access to the appellate record. On August 1, 2019, written notice was filed certifying that a complete copy of the record was sent to appellant. Accordingly, appellant's pro se brief was originally due to be filed on September 3, 2019.

On September 3, 2019, appellant filed a motion requesting an extension of time to file his pro se brief. The motion is GRANTED. Appellant's pro se brief must be filed no later than October 4, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court